# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 6, 2015

## NO. 03-14-00389-CV

## In the Matter of R. J.

**APPEAL FROM 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
VACATED IN PART; AFFIRMED IN PART; AND REMANDED –
OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the judgment signed by the trial court on May 7, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment. We therefore vacate that part of the Judgment of Delinquency concerning the three lesser-included offenses involving S.M., affirm the judgment with respect to the remainder of the delinquency adjudication, and remand this cause so that the trial court may revisit and revise its disposition if necessary based on the revised adjudication. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.